# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GREGORY L. HYATT,**

    **Plaintiff,**

v.    Case No.:  2:18-cv-339
    **JUDGE GEORGE C. SMITH**
    Magistrate Judge Vascura

**NANCY BERRYHILL,**
**ACTING COMMISSIONER**
**OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the Joint Stipulation for an Award of Attorney Fees Under the Equal Access to Justice Act (Doc. 18).  Pursuant to the Joint Stipulation, Plaintiff is hereby awarded $3,400.00 in full satisfaction and settlement of any and all claims for attorney fees, expenses, and costs that Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. §2412.

Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010).  If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    **IT IS SO ORDERED.**

                                */s/ George C. Smith*
                                **GEORGE C. SMITH, JUDGE**
                                **UNITED STATES DISTRICT COURT**